### UNITED STATES DISTRICT COURT
### NORTHER DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| William Grace, | : |
| | : |
| | : |
| | : |
| Plaintiff, | : Civil Action No.:  3:12-cv-01107-O |
| v. | : |
| | : |
| Aegis Receivables Management, Inc., | : |
| | : |
| | : |
| Defendant. | : |
| | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.


Dated: June 11, 2012

Respectfully submitted,

By /s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: jburton@lemberglaw.com
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By   /s/ Jody B. Burton

Jody B. Burton