IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM GRACE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:12-cv-1107-O |
| AEGIS RECEIVABLES MANAGEMENT, INC., | § § § § | |
| Defendant. | § § § | |

**ORDER**

The Court has been notified that this case has settled. The parties are therefore directed to file the appropriate dismissal papers–a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **or** an agreed motion with corresponding proposed order–with the Clerk's Office no later than **July 11, 2012**. If a stipulation of dismissal is not filed by July 11, 2012, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court. All deadlines in this case are stayed until further order of the Court.

**SO ORDERED** on this **13th day** of **June, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE