UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| William Grace, | |
| | Civil Action No.: 3:12-cv-01107-O |
| Plaintiff, | |
| v. | |
| Aegis Receivables Management, Inc., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Aegis Receivables Management, Inc. with prejudice and without costs to any party.

| William Grace | Aegis Receivables Management, Inc. |
|---|---|
| ___/s/ Jody B. Burton_____ | //s/ Whitney L. White_____ |
| Jody B. Burton | Whitney White, Attorney |
| Bar No. 71681 | Sessions, Fishman, Nathan & Israel, .L.C. |
| LEMBERG & ASSOCIATES L.L.C. | 900 Jackson Street, Suite 440, |
| 1100 Summer Street, 3rd Floor | Dallas, TX 75202-4473 |
| Stamford, CT 06905 | Telephone: 214.741.3017 |
| Telephone: (203) 653-2250 | Facsimile: 214.741.3055 |
| Facsimile: (203) 653-3424 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 9, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northen District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By_/s/ Jody B. Burton_____
                Jody B. Burton